**FILED**
February 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00058 JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| DAVID ALAN KINSFATHER, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DAVID ALAN KINSFATHER__ ; Case 2:10-cr-00058 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $25,000.00 co-signed by Terry Kinsfather, and to the third party custody of Terry Kinsfather.

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) Pretrial Conditions/Supervision.

Issued at  Sacramento, CA  on 2/16/2010  at _____.

By _____
Kendall J. Newman
United States Magistrate Judge