DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ALAN KINSFATHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-10-058 JAM |
| Plaintiff, ) | |
| v.  ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID ALAN KINSFATHER, ) | |
| Defendant. ) | |

    This case is currently scheduled for a status hearing on August 24, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 24, 2010, be continued until September 21, 2010.  In addition, the parties stipulate that the time period from August 24, 2010, to September 21, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 20, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

| */s/ Lexi Negin for* | */s/ Lexi Negin* |
|---|---|
| KYLE REARDON | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for David Alan Kinsfather |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN KINSFATHER,<br><br>Defendant. | CASE NO. CR-S-10-058 JAM<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on August 20, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for August 24, 2010, be vacated and that the case be set for **Tuesday, September 21, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 20, 2010 stipulation, the time under the Speedy Trial Act is excluded from August 24, 2010, through September 21, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 20, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2