1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   Lexi Negin, Bar #250376
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DAVID ALAN KINSFATHER

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    CASE NO. CR-S-10-058 JAM
                                      )
12            Plaintiff,              )
                                      )
13        v.                          )    STIPULATION AND ORDER TO CONTINUE
                                      )    STATUS HEARING AND TO EXCLUDE TIME
                                      )    PURSUANT TO THE SPEEDY TRIAL ACT
14                                    )
     DAVID ALAN KINSFATHER,           )
15                                    )
              Defendant.              )
16   _____)

17        It is hereby stipulated and agreed to between the United States of America through Kyle Reardon,

18   Assistant U.S. Attorney, and defendant, DAVID ALAN KINSFATHER by and through his counsel, Lexi

19   Negin, Assistant Federal Defender, that the status conference set for September 21, 2010, be continued to

20   December 7, 2010.  The reason for this continuance is because additional time is needed for defense

21   preparation and meetings between the parties with the goal being to resolve the case by way of a

22   disposition.  In addition, Kyle Reardon will not be available as he is out of the office on paternity leave.

23        It is further stipulated that the time period from September 21, 2010, through and including the date

24   of the new status conference hearing, December 7, 2010, shall be excluded from computation of time

25   within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

26   § 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

27

28                                      1

A proposed order is attached and lodged separately for the court's convenience.

DATED:September 16, 2010

Respectfully submitted,

BENJAMIN B. WAGNER                    DANIEL BRODERICK
United States Attorney                Federal Defender


*/s/ Lexi Negin for*                  */s/ Lexi Negin*
KYLE REARDON                          LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for David Alan Kinsfather

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-058 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING |
| | ) | AND EXCLUDING TIME PURSUANT TO THE |
| DAVID ALAN KINSFATHER, | ) | SPEEDY TRIAL ACT |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on September 16, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for September 21, 2010, be vacated and that the case be set for **Tuesday, December 7, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 16, 2010 stipulation, the time under the Speedy Trial Act is excluded from September 21, 2010, through December 7, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 16, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2