DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ALAN KINSFATHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-058 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID ALAN KINSFATHER, | |
| Defendant. | |

    It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant U.S. Attorney, and defendant, DAVID ALAN KINSFATHER by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for December 7, 2010, be continued to March 15, 2011.

    Defense counsel has had Mr. Kinsfather psychologically evaluated and has provided the detailed report to the government. The report includes information relating to Mr. Kinsfather's cognitive deficits and other issues relating to mental impairments. The government is exploring options related to a resolution of the case. The parties are working diligently toward resolving the case and agree that a lengthy continuation of the status hearing at this time is appropriate. Given his deficits, defense counsel needs more time than is ordinary to work with Mr. Kinsfather in this case and to continue to explore a resolution with the government. Mr. Kinsfather is released on conditions and is performing perfectly under Pretrial

1

1 | Services Supervision and will continue to be supervised closely.

2 | It is further stipulated that the time period from December 7, 2010, through and including the date
3 | of the new status conference hearing, March 15, 2011, shall be excluded from computation of time within
4 | which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 | 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

6 | A proposed order is attached and lodged separately for the court's convenience.

8 | DATED:December 3, 2010

Respectfully submitted,

BENJAMIN B. WAGNER                         DANIEL BRODERICK
United States Attorney                          Federal Defender


 /s/ Lexi Negin for                                    /s/ Lexi Negin
KYLE REARDON                                  LEXI NEGIN
Assistant U.S. Attorney                          Assistant Federal Defender
Attorney for United States                      Attorney for David Alan Kinsfather

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALAN KINSFATHER,<br><br>Defendant. | CASE NO. CR-S-10-058 JAM<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on December 3, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for December 7, 2010, be vacated and that the case be set for **Tuesday, March 15, 2011, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 3, 2010 stipulation, the time under the Speedy Trial Act is excluded from December 7, 2010, through March 15, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 3, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE