IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00058 KJM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID ALAN KINSFATHER, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on February 25, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for March 3, 2011, be vacated and that the case be set for **Thursday, May 26, 2011, at 10:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 25, 2011 stipulation, the time under the Speedy Trial Act is excluded from March 3, 2011, through May 26, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

1