DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID ALAN KINSFATHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-10-058 KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID ALAN KINSFATHER, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant U.S. Attorney, and defendant, DAVID ALAN KINSFATHER by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for May 26, 2011, be continued to October 20, 2011.

Defense counsel has had Mr. Kinsfather psychologically evaluated and has provided the detailed report to the government. The report includes information relating to Mr. Kinsfather's cognitive deficits and other issues relating to mental impairments. The government is exploring options related to a resolution of the case, potentially including whether to dismiss the charges. In order to make a determination on how to proceed, the government is monitoring Mr. Kinsfather's compliance with Pretrial Services supervision over the course of longer time frame. Given that this is a child pornography case, the parties believe that an 18 month period of pretrial supervision will be a sufficient amount of time for the government to determine whether the ends of

1

justice would be met by dismissing this case.

The parties are working diligently toward resolving the case and agree that a lengthy continuation of the status hearing is appropriate in order to give the government further time to make a determination of how it wishes to proceed. Given his deficits, defense counsel needs more time than is ordinary to work with Mr. Kinsfather in this case and to continue to explore a resolution with the government. Mr. Kinsfather is released on conditions and is performing perfectly under Pretrial Services Supervision and will continue to be supervised closely.

In addition, the government attorney's schedule would not permit a hearing or trial in this case if one were needed until October, 2011. If the government determines in October that the case should not be dismissed, the parties will be prepared to litigate issues relating to Mr. Kinsfather's mental health issues in a short time frame.

It is further stipulated that the time period from May 26, 2011, through and including the date of the new status conference hearing, October 20, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 24, 2011

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 /s/ Lexi Negin for                 /s/ Lexi Negin
KYLE REARDON                    LEXI NEGIN
Assistant U.S. Attorney         Assistant Federal Defender
Attorney for United States      Attorney for David Alan Kinsfather

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-058 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID ALAN KINSFATHER, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on May 24, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for May 26, 2011, be vacated and that the case be set for **Thursday, October 20, 2011, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 24, 2011 stipulation, the time under the Speedy Trial Act is excluded from May 26, 2011, through October 20, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 24, 2011.

UNITED STATES DISTRICT JUDGE

3