BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-CR-0058 KJM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **MOTION TO DISMISS INDICTMENT AND** |
| | ) **ORDER DISMISSING INDICTMENT** |
| DAVID ALAN KINSFATHER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against the defendant in the above-captioned matter.

DATED: October 17, 2011                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney


                                    By: */s/ Kyle Reardon*
                                           KYLE REARDON
                                           Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED.

**Date:**   10/19/2011

_____
UNITED STATES DISTRICT JUDGE